MARY P. McCURDY  (SBN 116812)
P. BETTY SU (SBN 229103)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:   (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: betty.su@mccurdylawyers.com

Attorneys for Plaintiff/Counterclaim Defendant
THE EMPLOYERS' FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE EMPLOYERS' FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOE'S LOGISTICS, INC., doing business as, Joe's Trucking, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00412-JAM-JFM<br><br>**STIPULATION AND ORDER REGARDING TIME FOR JOINT STATUS REPORT AND RULE 26(f) MEET AND CONFER**<br><br>[Fed. R. Civ. Pro. 26(f)]<br><br>Previous Due Date:  4/23/12<br>New Due Date:       5/18/12 |
| AND RELATED COUNTERCLAIMS/CROSS-CLAIMS. | |

On February 21, 2012, plaintiff/counterclaim defendant The Employers' Fire Insurance Company ("Employers' Fire"), erroneously sued as "Employers' Fire Insurance Company/One Beacon Insurance Group," served defendant/counterclaimant/cross-claimant Joe's Logistics, Inc.'s ("Joe's Trucking") with the complaint in this action.  The Court's Order Requiring Joint Status Report dated February 17, 2012 requires the parties to meet and confer under Fed. R. Civ. P. 26(f) and file a joint status report both within 60 days of service of the complaint, which deadline is April 23, 2011, after excluding appropriate weekend dates.

On March 23, 2012, Joe's Trucking filed a counterclaim against Employers' Fire and a

12cv412.o.42012.doc                                                    - 1 -
**Stipulation and [Proposed] Order Re: Time for Joint Status Report and Rule 26(f) Meet and Confer
– Case No. 2:12-cv-00412-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com

crossclaim against RSI Insurance Brokers, Inc. ("RSI").  A summons for RSI was issued on April 11, 2012.  Joe's Trucking represents that it served RSI with the crossclaim on April 13, 2012, thus it anticipates that any timely appearance by RSI would be entered no later than May 4, 2012.

This is a declaratory relief and rescission action by Employers' Fire against Joe's Trucking.  Joe's Trucking asserts causes of action for breach of contract and negligence against Employers' Fire and RSI, as well as a cause of action for breach of the implied covenant of good faith and fair dealing against Employers' Fire, with respect to the rescission issues.

For good cause, as RSI's input into Fed. R. Civ. P. 26(f) discovery plan issues and matters requested by the Court in its Order Requiring Joint Status Report is expected to be relevant to the Court and parties, and to avoid duplication of efforts, Employers' Fire and Joe's Trucking stipulate and agree that the new deadline to meet and confer under Fed. R. Civ. P. 26(f) and file a joint status report is now **May 18, 2012**.

The parties have not previously requested or stipulated to continue this deadline.

**It is so stipulated:**

Dated:  April 20, 2012                McCURDY & FULLER, LLP

    /s/ P. Betty Su
MARY P. McCURDY
P. BETTY SU
Attorneys for Plaintiff/Counterclaim Defendant
THE EMPLOYERS' FIRE INSURANCE COMPANY

**It is so stipulated:**

Dated:  April 20, 2012                PALMER KAZANJIAN WOHL HODSON LLP

    /s/ Nicole Legrottaglie
JENNIFER E. DUGGAN
NICOLE LEGROTTAGLIE
Attorneys for Defendant/Counterclaimant/
Cross-Claimant JOE'S LOGISTICS, INC.

McCURDY & FULLER LLP
4300 Bohannon Dr., Ste. 240
Menlo Park, CA 94025
(650) 618-3500

12cv412.o.42012.doc                - 2 -
**Stipulation and [Proposed] Order Re: Time for Joint Status Report and Rule 26(f) Meet and Confer – Case No. 2:12-cv-00412-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com

# [PROPOSED] ORDER

Based on the foregoing stipulation, it is hereby ordered that the parties have until May 18, 2012 to confer as required by Fed. R. Civ. P. 26(f) and to file with the court a joint status report that includes the Rule 26(f) discovery plan and status report matters required in the court's Order Requiring Joint Status Report dated February 17, 2012.

**It is so ordered.**

Dated: April 20, 2012         /s/ John A. Mendez
**Honorable John A. Mendez
United States District Court Judge**

McCURDY & FULLER LLP
4300 Bohannon Dr., Ste. 240
Menlo Park, CA 94025
(650) 618-3500

12cv412.o.42012.doc         - 3 -

**Stipulation and [Proposed] Order Re: Time for Joint Status Report and Rule 26(f) Meet and Confer
– Case No. 2:12-cv-00412-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com