1  Treaver K. Hodson, SBN 179184
   Jennifer E. Duggan, SBN: 183833
2  Mary E. Krugh, SBN: 264584
   PALMER KAZANJIAN WOHL HODSON LLP
3  520 Capitol Mall, Suite 600
   Sacramento, CA 95814
4  Telephone:    (916) 442-3552
   Facsimile:    (916) 442-3606
5
   Attorneys for Defendant
6  JOE'S LOGISTICS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | THE EMPLOYERS' FIRE INSURANCE COMPANY, | Case No. 2:12-cv-00412-JAM/JFM |
11 | | |
   | Plaintiff, | **STIPULATION RE: EXTENSION OF TIME UNTIL JULY 18, 2012 FOR THE PARTIES TO FILE INITIAL DISCLOSURES; ORDER** |
12 | v. | |
13 | | |
   | JOE'S LOGISTICS, INC., doing business as, Joe's Trucking, | |
14 | | |
15 | Defendant. | |

16
   JOE'S LOGISTICS, INC.
17
         Counter-Complainant/
18       Cross-Complainant,

19    v.

20 EMPLOYERS' FIRE INSURANCE
   COMPANY, ONE BEACON
21 INSURANCE GROUP,

22       Counter-Defendants.

23    v.

24 RSI INSURANCE BROKERS, INC.,

25       Cross-Defendants.

26
27
28

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION RE EXTENSION OF TIME UNTIL JULY 18, 2012 FOR THE PARTIES TO FILE INITIAL DISCLOSURES; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  It is hereby stipulated by and between the parties through their undersigned counsel that the
2  date for Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be extended from June 18, 2012
3  through July 18, 2012.

4  IT IS SO STIPULATED.

5  Dated: June 8, 2012                    PALMER KAZANJIAN WOHL HODSON LLP

7  By:/s/ Jennifer E. Duggan
      Treaver K. Hodson
      Jennifer E. Duggan
8     Mary E. Krugh
      Attorneys for Defendant/Counter-Claimant/Cross-
9     Claimant
      JOE'S LOGISTICS

10 Dated: June 8, 2012                    McCURDY & FULLER, LLP

12 By:/s/ P. Betty Su (as authorized on 6/7/12
      Mary P. McCurdy, SBN: 116812
13    P. Betty Su, SBN: 229103
      4300 Bohannon Drive, Suite 240
14    Menlo Park, CA  94025
      Telephone:    (650) 618-3500
15    Facsimile:    (650) 618-3599
      Attorneys for Plaintiff/Counter-Defendant
16    THE EMPLOYERS' FIRE INSURANCE
      COMPANY

18 Dated: June 8, 2012                    GOSHGARIAN & MARCHALL

20 By: /s/ Mark S.Reusch (as authorized on 6/7/12
      John A. Marshall, SBN 109557
      Mark S. Reusch, SBN 210679
21    23901 Calabassas Road, Suite 2073
      Calabasas, CA  91302
22    Telephone:    (818) 591-9000
      Facsimile:    (818) 591-0810
23    Attorneys for Cross-Defendant
      RSI INSURANCE BROKERS, INC.

25 **IT IS SO ORDERED.**

27 Dated:  6/8/2012                    /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       U. S. DISTRICT COURT JUDGE

PALMER KAZANJIAN WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION RE EXTENSION OF TIME UNTIL JULY 18, 2012 FOR THE PARTIES TO FILE INITIAL DISCLOSURES; ORDER    2.

PDF created with pdfFactory trial version www.pdffactory.com