1  Treaver K. Hodson, SBN 179184
   Jennifer E. Duggan, SBN: 183833
2  Mary E. Krugh, SBN: 264584
   PALMER KAZANJIAN WOHL HODSON LLP
3  520 Capitol Mall, Suite 600
   Sacramento, CA 95814
4  Telephone:    (916) 442-3552
   Facsimile:    (916) 442-3606
5
   Attorneys for Defendant
6  JOE'S LOGISTICS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 THE EMPLOYERS' FIRE INSURANCE         Case No. 2:12-cv-00412-JAM/JFM
   COMPANY,
11
              Plaintiff,                **STIPULATION RE: EXTENSION OF TIME
12                                      UNTIL JULY 18, 2012 FOR THE PARTIES
       v.                               TO FILE INITIAL DISCLOSURES;
13                                      ORDER**
   JOE'S LOGISTICS, INC., doing business
14 as, Joe's Trucking,

15            Defendant.

16
   JOE'S LOGISTICS, INC.
17
              Counter-Complainant/
18            Cross-Complainant,

19     v.

20 EMPLOYERS' FIRE INSURANCE
   COMPANY, ONE BEACON
21 INSURANCE GROUP,

22            Counter-Defendants.

23     v.

24 RSI INSURANCE BROKERS, INC.,

25            Cross-Defendants.

26

27

28

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION RE EXTENSION OF TIME UNTIL JULY 18, 2012 FOR THE
PARTIES TO FILE INITIAL DISCLOSURES; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between the parties through their undersigned counsel that the date for Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be extended from June 18, 2012 through July 18, 2012.

IT IS SO STIPULATED.

Dated: June 8, 2012          PALMER KAZANJIAN WOHL HODSON LLP

By: /s/ Jennifer E. Duggan
    Treaver K. Hodson
    Jennifer E. Duggan
    Mary E. Krugh
    Attorneys for Defendant/Counter-Claimant/Cross-Claimant
    JOE'S LOGISTICS

Dated: June 8, 2012          McCURDY & FULLER, LLP

By: /s/ P. Betty Su (as authorized on 6/7/12
    Mary P. McCurdy, SBN: 116812
    P. Betty Su, SBN: 229103
    4300 Bohannon Drive, Suite 240
    Menlo Park, CA  94025
    Telephone:    (650) 618-3500
    Facsimile:    (650) 618-3599
    Attorneys for Plaintiff/Counter-Defendant
    THE EMPLOYERS' FIRE INSURANCE COMPANY

Dated: June 8, 2012          GOSHGARIAN & MARCHALL

By: /s/ Mark S.Reusch (as authorized on 6/7/12
    John A. Marshall, SBN 109557
    Mark S. Reusch, SBN 210679
    23901 Calabassas Road, Suite 2073
    Calabasas, CA  91302
    Telephone:    (818) 591-9000
    Facsimile:    (818) 591-0810
    Attorneys for Cross-Defendant
    RSI INSURANCE BROKERS, INC.

**IT IS SO ORDERED.**

Dated:  6/8/2012          /s/ John A. Mendez
    JOHN A. MENDEZ
    U. S. DISTRICT COURT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION RE EXTENSION OF TIME UNTIL JULY 18, 2012 FOR THE PARTIES TO FILE INITIAL DISCLOSURES; ORDER

2.

PDF created with pdfFactory trial version www.pdffactory.com