MARY P. McCURDY (SBN 116812)
P. BETTY SU (SBN 229103)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: betty.su@mccurdylawyers.com

Attorneys for Plaintiff/Counterclaim Defendant
THE EMPLOYERS' FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE EMPLOYERS' FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOE'S LOGISTICS, INC., doing business as, Joe's Trucking, and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-claims. | CASE NO. 2:12-cv-00412-JAM-JFM<br><br>**ORDER TO VACATE PRE-TRIAL SCHEDULING DATES**<br><br><br>Trial: October 7, 2013 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The pre-trial deadlines, dispositive motion hearing date, pre-trial conference hearing and trial date in the Court's Status (Pre-trial Scheduling) Order (Docket No. 18) are vacated pending finalization of settlement between the parties.

The parties should notify the Court as soon as practicable should the parties agree that settlement will not be completed. In such an event and within 14 days of the parties' agreement that settlement will not be completed, the parties must file a joint statement or stipulation

12cv412.o.5213.doc                - 1 -

**[PROPOSED] ORDER
– Case No. 2:12-cv-00412-JAM-JFM**

suggesting new pre-trial deadlines, and new dates for the dispositive motion hearing, final pre-trial conference hearing and trial.

An updated joint status report or in the alternative, Settlement/dismissal documents shall be filed on or before August 9, 2013.

Dated:  5/2/2013                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT COURT JUDGE