MARY P. McCURDY (SBN 116812)
P. BETTY SU (SBN 229103)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: mary.mccurdy@mccurdylawyers.com
E-mail: betty.su@mccurdylawyers.com

Attorneys for Plaintiff/Counterclaim Defendant
THE EMPLOYERS' FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE EMPLOYERS' FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOE'S LOGISTICS, INC., doing business as, Joe's Trucking, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-00412-JAM-JFM<br><br>**ORDER FOR DISMISSAL OF ACTION** |
| And Related Cross-claims. | |

Pursuant to the requests for dismissal filed by plaintiff/counterclaim defendant The Employers' Fire Insurance Company ("Employers' Fire"), erroneously sued as "Employers' Fire Insurance Company/One Beacon Insurance Group" (Docket No. 25), and by defendant/counter-claimant/cross-claimant Joe's Logistics, Inc., doing business as Joe's Trucking ("Joe's Trucking") (Docket No. 27), this action is dismissed with prejudice, with each party bearing its own costs.

Dated: 9/17/2013         /s/ John A. Mendez
                         UNITED STATES DISTRICT COURT JUDGE

12cv412.o.91713.doc                         - 1 -
                                          **[PROPOSED] ORDER
                                          – Case No. 2:12-cv-00412-JAM-JFM**